```
 1 │ DANIEL J. BRODERICK, #89424
   │ Federal Defender
 2 │ LAUREN CUSICK, Bar #257570
   │ Assistant Federal Defender
 3 │ Designated Counsel for Service
   │ KATIE BELISLE
 4 │ Certified Student Attorney
   │ 801 I Street, 3rd Floor
 5 │ Sacramento, California 95814
   │ Telephone: (916) 498-5700
 6 │
 7 │
   │ Attorney for Defendant
 8 │ RYAN HEAL
 9 │
10 │
   │               IN THE UNITED STATES DISTRICT COURT
11 │
   │              FOR THE EASTERN DISTRICT OF CALIFORNIA
12 │
13 │
14 │
   │ UNITED STATES OF AMERICA,     )  No. Cr. S-09-492-DAD
15 │                               )
   │                Plaintiff,     )
                                       DAD
16 │                               )  STIPULATION AND [PROPOSED] ORDER
   │      v.                       )
17 │                               )
   │ RYAN HEAL,                    )  Date:  December 22, 2009
18 │                               )  Time:  10:00 a.m.
   │                Defendant.     )  Judge: Hon. Dale A. Drozd
19 │                               )
   │ _____)
20 │
21 │
   │ Stipulation
22 │
   │       The parties, through undersigned counsel, stipulate that the
23 │
   │ trial confirmation hearing set for December 22, 2009, at 10:00 a.m. be
24 │
   │ continued to January 19, 2010 at 10:00 a.m., and the jury trial set for
25 │
   │ January 11, 2010 at 10:00 a.m. be continued to February 8, 2010 at
26 │
   │ 10:00 a.m.
27 │
   │       The parties further stipulate that time may be excluded from the
28 │
```

1  speedy trial calculation under the Speedy Trial Act through the new
2  trial date of February 8, 2010, pursuant to 18 U.S.C.§3161(h)(7)(B)(iv)
3  and Local Code T4 for counsel preparation, because the interests of
4  justice served by granting this continuance outweigh the interests of
5  the defendant and the public in a speedy trial.

7  Dated:  November 23, 2009                  Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender


                                              /s/ Lauren Cusick
                                              LAUREN CUSICK
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              RYAN HEAL

14 Dated: November 23, 2009                   BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Samantha S. Spangler for
                                              Matthew C. Stegman
                                              Assistant U.S. Attorney


                                              **Order**
20 IT IS SO ORDERED.

   DATED:  November 25, 2009                  _Dale A. Drozd_
                                              Dale A. Drozd
                                              UNITED STATES MAGISTRATE JUDGE