```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
DAVID WIKSELL
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RYAN M. HEAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR 09-00492-DAD |
|                     )  Plaintiff,   ) | |
|                                     ) | STIPULATION AND ORDER |
|       v.                            ) | |
|                                     ) | |
| RYAN M. HEAL,                       ) | Date: January 19, 2010 |
|                                     ) | Time: 10:00 a.m. |
|                     Defendant.      ) | Judge: Hon. Dale A. Drozd |
|                                     ) | |
| _____) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Ryan M. Heal, that the Court vacate the trial confirmation hearing on January 19, 2010 at 10:00 a.m. and the jury trial date set for February 8, 2010 at 10:00 a.m.  We respectfully request the court set a status conference hearing on February 23, at 10:00 a.m.

    The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate and negotiate a resolution.  18 U.S.C. §

1

3161(h)(7)(A).  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 23, 2010, for defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated:  January 12, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender
                                      /s/ Lauren Cusick
                                      LAUREN CUSICK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      RYAN M. HEAL

Dated:  January 12, 2010        BENJAMIN WAGNER
                                      United States Attorney
                                      /s/ Matthew Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney

## **ORDER**

The trial confirmation hearing scheduled for January 19, 2010, at 10:00 a.m., and the jury trial date set for February 8, 2010, at 10:00 a.m., are vacated, and a status conference hearing is set for February 23, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: January 13, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/heal0492.stiord

-2-