```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BRIAN J. MILLER
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

FILED

MAR 31 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Crim. No. 09-0492 DAD |
| Plaintiff/Respondent,   ) | APPLICATION, DECLARATION AND |
|                         ) | DAD [~~PROPOSED~~] ORDER EXTENDING BY |
| v.                      ) | ONE DAY THE DEADLINE FOR FILING |
|                         ) | GOVERNMENT'S BRIEF REGARDING |
| RYAN HEAL,              ) | DEFENDANT'S MOTION TO SUPPRESS |
|                         ) | |
| Defendant/Movant.       ) | DATE:  April 14, 2010 |
|                         ) | TIME:  10:00 a.m. |
|                         ) | COURT: Hon. Dale A. Drozd |

### Application

Plaintiff/respondent United States of America, by and through its undersigned counsel, respectfully applies pursuant to Local Rule 6-144 for an order extending by one court day the deadline for filing its brief opposing the Defendant's Motion to Suppress, for the reasons stated in the attached Declaration. The government's brief was due on March 30, 2010.

DATED: March 31, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         By /s/ Matthew C. Stegman
                                             MATTHEW C. STEGMAN
                                             Assistant U.S. Attorney

1

## Declaration

I, Brian J. Miller, Certified Law Student, declare under penalty of perjury as follows.

1. The government's brief was due March 30, 2010, pursuant to a schedule established among the parties in open court.

2. About the same time the briefing schedule was established, the undersigned had motions filed in other assigned cases which required briefs. This required the undersigned misdemeanor clerk to file three motion response briefs within seven days of each other.

3. The undersigned misdemeanor clerk only works 20 hours a week while attending law school full-time.

4. The government endeavored diligently to get the brief completed. However, the undersigned's supervisor was not in the office on March 30, due to a family circumstance, and could not complete his final review of the brief, with time for the undersigned misdemeanor clerk to make changes before filing the brief on March 30.

5. The government contacted defense counsel, Lauren Cusick of the Office of the Federal Defender, by email and Ms. Cusick did not oppose the one-day extension.

///
///
///
///
///
///
///
///

6. The government does not believe the defendant will be prejudiced by this one-day delay.

Executed in Sacramento, California, on the 31st day of March, 2010.

                                           /s/ Brian J. Miller
                                           BRIAN J. MILLER
                                           Certified Law Student

### Order

The Court hereby grant's the government's application for an order extending by one day the deadline for filing its brief opposing the Defendant's Motion to Suppress.

IT IS SO ORDERED.

DATED: 3/31, 2010

                                           /s/ Dale A. Drozd
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE