

FILED

APR - 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 DANIEL J. BRODERICK, #89424
Federal Defender
2 LAUREN CUSICK, Bar #257570
Assistant Federal Defender
3 Designated Counsel for Service
KATIE BELISLE
4 Certified Student Attorney
801 I Street, 3rd Floor
5 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN HEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )  No. Cr. S-09-0492-DAD
                                  )
           Plaintiff,             )
                                  )  APPLICATION, DECLARATION AND
     v.                           )  ORDER EXTENDING BY ONE
                                  )  DAY THE DEADLINE FOR FILING
RYAN HEAL,                        )  DEFENDANT'S REPLY TO GOVERNMENT'S
                                  )  OPPOSITION OF DEFENDANT'S MOTION
           Defendant.             )  TO SUPPRESS
                                  )
_____)
                                     Date:  April 14, 2010
                                     Time:  10:00 a.m.
                                     Judge: Hon. Dale A. Drozd

                            Application

    Defendant, Ryan Heal, by and through his undersigned counsel, Lauren Cusick, respectfully applies pursuant to Local Rule 6-144 for an order extending by one court day the deadline for filing its reply to the government's opposition to defendant's Motion to Suppress, the

reason being that the government took an extra day in filing an opposition. The defendant needs the extra day to adequately prepare his reply. The government agrees to this extension. The defendant's reply is originally due on April 6, 2010.

Dated:  April 6, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
RYAN HEAL

ORDER

IT IS ORDERED

Dated: 4/6/10

_____
Hon. Dale A. Drozd
United States Magistrate Judge

Name of Pleading                              -2-