```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  BRIAN J. MILLER
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810
 6
 7
 8              THE UNITED STATES DISTRICT COURT
 9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Cr. No. S-09-0492-DAD
                                 )
12           Plaintiff,          )  GOVERNMENT'S MOTION TO DISMISS
                                 )  INFORMATION AND [PROPOSED] ORDER
13       v.                      )                     DAD
                                 )
14  RYAN M. HEAL,                )  DATE:  May 10, 2010
                                 )  TIME:  9:00 a.m.
15           Defendant.          )  JUDGE: Hon. Dale A. Drozd
    _____)
16
17       Pursuant to Rule 48(a) of the Federal Rules of Criminal
18  Procedure, plaintiff United States of America, by and through its
19  undersigned attorney, hereby moves this Honorable Court for an
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

1 | Order dismissing the above-entitled matter, Cr. No. S-09-0492-DAD.
2 | DATED: April 21, 2010

                                  Benjamin B. Wagner
                                  United States Attorney

                       By:   /s/ Matthew C. Stegman
                            MATTHEW C. STEGMAN
                            Assistant U.S. Attorney

                    O-2[~~PROPOSED~~] O R D E R

IT IS SO ORDERED:

DATED: April 21, 2010

*/s/ Dale A. Drozd*

HON. DALE A. DROZD
United States Magistrate Judge